** VACATION — COUNTY EMPLOYEES ** THE HEAD OF A DEPARTMENT OF COUNTY GOVERNMENT 'MAY' GRANT REASONABLE VACATIONS WITH PAY TO THE OFFICERS AND EMPLOYEES OF HIS DEPARTMENT. (PAID VACATIONS, COUNTY EMPLOYEES, AUTHORITY, "VACATION LEAVE") CITE: 74 O.S. 703 [74-703], 74 O.S. 708 [74-708], OPINION NO. JULY 28, 1945 — GENTRY, OPINION NO. AUGUST 11, 1954 — LACKEY (CHARLES L. OWENS)